**08 CIV 7187**

Jodie L. Ousley
Michelle J. d'Arcambal
d'ARCAMBAL, LEVINE & OUSLEY, LLP
40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant Oxford Health Plans (NY), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN S. ARTANDI,

          Plaintiff

- against -

OXFORD HEALTH PLANS,

          Defendant.

---

C.A. No. _____

**RULE 7.1 STATEMENT**

TO: THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oxford Health Plans (NY), Inc., make the following disclosure:

1) Oxford Health Plans (NY), Inc. is an indirect, wholly-owned subsidiary of OHP LLC, which is a wholly-owned subsidiary of UnitedHealth Group Incorporated, a publicly trade organization, which owns 10% or more of the stock of Oxford Health Plans (NY), Inc.

2) There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

Dated: August 12, 2008
New York, New York

d'ARCAMBAL, LEVINE & OUSLEY, LLP

By: _____
Michelle d'Arcambal

40 Fulton Street, Suite 1005
New York, New York 10038
(212) 971-3175
(212) 971-3176 (Facsimile)

Attorneys for Defendant
The Prudential Insurance Company of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing 7.1 Statement was served upon Plaintiff, John S. Artandi, by UPS One Day, postage prepaid, this 12th day of August, 2008, upon the following:

>John S. Artandi
>18 East 50th Street, 6th Floor
>New York, NY 10022

Michelle J. d'Arcambal, Esq.